**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6861**

_____

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

MARCUS SIFFORD,

            Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge.  (3:96-cr-00134-FDW-2)

_____

Submitted:  January 20, 2009        Decided:  January 27, 2009

_____

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Marcus Sifford, Appellant Pro Se.  Amy Elizabeth Ray, Assistant
United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Sifford appeals the district court's order granting his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006), and reducing his sentence to 185 months of imprisonment. Sifford had contended that he was entitled to a 151-month sentence pursuant to Amendment 706 of the U.S. Sentencing Guidelines Manual ("USSG"), which lowered the base offense levels for drug offenses involving cocaine base. See USSG § 2D1.1(c) (2008); USSG App. C Amend. 706. We have reviewed the record and Sifford's contentions on appeal and find that the district court did not abuse its discretion in declining to grant a further reduction in Sifford's sentence. See United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004). Accordingly, we affirm for the reasons stated by the district court. See United States v. Sifford, No. 3:96-cr-00134-FDW-2 (W.D.N.C. May 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2